UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL CHRISTAKIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1727 (HHK) |
| ) | |
| FEDERAL BUREAU OF PRISONS; ) | |
| HARRELL WATTS; JAMES E. ) | |
| BURRELL; BERNIE ELLIS; and ) | |
| TAMMY O'NEIL. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this **16th** day of November 2005, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

>Michael Christakis
>Reg. No. 93846-012
>Taft Correctional Institution
>Post Office Box 7001
>Taft, California 93268
>*pro se Plaintiff*

              _____
              KATHLEEN KONOPKA
              Assistant United States Attorney