UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTAKIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1727 (HHK) |

<u>DEFENDANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO ANSWER COMPLAINT OR FILE DISPOSITIVE MOTION</u>

Defendant, Federal Bureau of Prisons ("BOP") respectfully moves this Court for an extension of time, up to and including January 23, 2006, in which to file its answer to Plaintiff's complaint or a dispositive motion in the above-captioned action. In support of this motion, Defendant states as follows:

The United States Attorney's Office was served with the Plaintiff's complaint on October 19, 2005, making Defendant's answer due on December 19, 2005. However, the first assigned agency counsel has been and will be on leave through this date. New agency counsel has been assigned, but only obtained Plaintiff's records from the institution in California in which he is housed today and will not able to assist undersigned or provide the agency's position on Plaintiff's complaint until at least sometime next week. Moreover, undersigned will be attending a training seminar out of town on December 19-21, 2005, and will be out of the jurisdiction for the Christmas holiday from December 23-29, 2005. Additionally, Defendant's preliminary review of the Complaint indicates that a dispositive motion would be appropriate at this juncture, and this motion, as opposed to an answer, will require additional time and agency input to prepare. Previously scheduled filings including an employment discrimination summary judgment motion, an appellate brief, and two replies, as well as a scheduled deposition precludes undersigned from successfully completing this anticipated motion any more expeditiously.

Plaintiff was not consulted regarding this motion because he is currently incarcerated.[1]

WHEREFORE, Defendant respectfully requests that it be permitted to file its answer or dispositive motion on January 23, 2006.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
KATHLEEN KONOPKA
Assistant United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference). LCvR 16.3(b) (emphasis added).

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion to Extend Time and the attached Proposed Order has been made by mailing copies thereof to:

MICHAEL CHRISTAKIS
Registration No. 93846-012
Taft Correctional Institute
P.O. Box 7001
Taft, CA 93268

on this ____ day of December, 2005

_____
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.; Room E4412
Washington, D.C. 20001
(202) 616-5309