UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTAKIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1727 (HHK) |

ORDER

UPON CONSIDERATION of Defendant's Motion for Extension of Time in which to Answer Complaint or File Dispositive Motion, and the record herein, it is on this _____ day of _____, 2005, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED; Defendant's answer or dispositive motion shall be filed by January 23, 2006.

_____
UNITED STATES DISTRICT JUDGE


Kathleen Konopka
Assistant United States Attorney
555 Fourth Street, NW
Room E4412
Washington, DC 20530

Michael Christakis
R93846-012
Taft Correctional Institution
P.O. Box 7001
Taft, CA 93268