UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTAKIS,<br><br>     Plaintiff,<br><br>  v.<br><br>THE FEDERAL BUREAU OF PRISONS, et al.<br><br>     Defendants. | Civil Action 05-1727 (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS'
DISPOSITIVE MOTION**

  This matter comes before the court upon defendants' "Motion to Dismiss or in the Alternative to Transfer" (Dkt. # 4), filed on January 23, 2006.

  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

  Accordingly, it is this 25th day of January, 2006, hereby

  **ORDERED** that plaintiff shall respond to defendant's "Motion to Dismiss or in the Alternative to Transfer" by February 24, 2006. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

                         Henry H. Kennedy, Jr.
                         United States District Judge