ORIGINAL

Michael Christakis
Reg. No. 93846-012
Taft Correctional Inst.
Post Office Box 7001
Taft, California 93268

In pro se:

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael Christakis,         )<br>                             )<br>     Plaintiff,            )<br>                             )<br>          v.                )<br>                             )<br> Federal Bureau of Prisons; its )<br> principal agent Harrell Watts, )<br> Administrator, National Inmates )<br> Appeals;                    )<br> James E. Burrell, Administrator, )<br> Privatization Management Branch; )<br> Bernie Ellis, Warden;       )<br> Tammy O'Neil, Case Manager;  )<br>_____) | CIVIL ACTION NO.<br>05-1727(HHK)<br><br>MOTION TO AMEND COMPLAINT<br>PURSUANT TO RULE 15(a) OF<br>THE FEDERAL RULES OF<br>CIVIL PROCEDURES: |

COMES NOW, the plaintiff, Michael Christakis, in pro se who hereby moves this Honorable Court for leave to amend his original complaint.

### INTRODUCTION

On August 29, 2005, the plaintiff filed his civil complaint in this matter asking for relief other than monetary damages, under Title 5 U.S.C. Section 702 et. seq., instead of answer-

FILED

FEB 23 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

ing the complaint or filing a "responsive pleading" the defendants have filed on January 23, 2006, a motion to dismiss citing various reasons that the instant complaint should be dismissed. Instead of responding to the defendant's motion to dismiss, the plaintiff now files a Motion to Amend and his Amended Complaint which should be filed replacing the original complaint in this matter.

## LEGAL ARGUMENT

Under Rule 15(a) "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served ... otherwise a party may amend the party's pleading only by leave of the court or by written consent of the adverse party." Federal Rules of Civil Procedure, Rule 15(a). See also, Bowden v. United States, 176 F.3d 552, 555 (D.C. Cir. 1999). Accordingly, this Court should order the plaintiff's Amended Complaint filed "as a matter of course" since the defendants have not filed their "responsive pleading" or served a "responsive pleading" on the plaintiff at this time.

In this case the defendants have filed a motion to dismiss, which is not a responsive pleading. This motion to dismiss is not a responsive pleading under Rule 15(a) and therefore does not preclude plaintiff from amending his complaint "once as a matter of course" at this time. Therefore, this Court should grant the relief requested in this motion to amend.

Signed this **20** day of **FEBRUARY** 2006,

Respectfully submitted,

*[signature]*

Michael Christais

In pro se

3.

# CERTIFICATE OF SERVICE

I, __Michael Christakis__ hereby certify that I have served a true and correct copy of the following:

MOTION TO AMEND COMPLAINT
PURSUANT TO RULE 15(a) OF
THE FEDERAL RULES OF
CIVIL PROCEDURES:

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4412
Washington, D.C. 20530

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. 1746), That the foregoing is true and correct.

Dated this __20th__ day of __February__, __2006__.

_____
Michael Christakis