UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTAKIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1727 (HHK) |
| BUREAU OF PRISONS, et. al. | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION of the Defendant's Motion To Dismiss Plaintiff's Amended Complaint, or in the Alternative to Transfer, the grounds stated therefor, any opposition thereto, and reply, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that Plaintiff's amended complaint be and hereby is dismissed.

_____
UNITED STATES DISTRICT JUDGE


KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4412
Washington, D.C.  20530

MICHAEL CHRISTAKIS
Reg. No. 93846-012
Taft Correctional Institution
Post Office Box 7001
Taft, CA 93268