UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL CHRISTAKIS,**<br><br>           **Plaintiff,**<br><br>     v.<br><br>**FEDERAL BUREAU OF PRISONS,** *et al.*,<br><br>           **Defendants.** | Civil Action 05-1727 (HHK) |

**ORDER**

This matter is before the Court on defendants' motion to dismiss the amended complaint or to transfer venue. Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 1st day of May 2006,

**ORDERED** that plaintiff shall respond to defendants' motion to dismiss the amended complaint or to transfer venue by **June 5, 2006**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may either dismiss the case or transfer it to the United States District Court for the Eastern District of California.

    _____s/s_____
Henry H. Kennedy, Jr.
United States District Judge