**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |
|---|
| **MICHAEL CHRISTAKIS,**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**FEDERAL BUREAU OF PRISONS,** *et al.*,<br><br>       **Defendants.** |

**Civil Action 05-1727 (HHK)**

**MEMORANDUM AND TRANSFER ORDER**

Plaintiff, a federal prisoner incarcerated at the Taft Correctional Institution in Taft, California, challenges that institution's assignment of "an additional custody classification point" for "a history of prior serious violence" he claims is undocumented. Amended Complaint at 5. Plaintiff pleaded guilty to receipt of stolen property. He alleges that the additional point assignment violates Bureau of Prisons ("BOP") Program Statement 5100.07 because it is not based on the requisite violent acts for which there is a documented finding of guilt. Plaintiff alleges that before arriving at the Taft facility, he "had been incarcerated for more than 11 years . . . and had gone through more than 22 custody audits" without being assessed the additional point. He seeks injunctive and declaratory relief.

Defendants move to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) or to transfer pursuant to 28 U.S.C. § 1404(a). They assert that dismissal is warranted because judicial review of a security classification decision is precluded by 18 U.S.C. § 3625. Plaintiff counters, however, that he is not seeking review of the classification decision itself but rather of BOP's interpretation of the

Program Statement as applied to him.  He does not oppose the motion to transfer.  In view of the

genuine issue presented, the Court finds it in the interest of justice to transfer the case to the

judicial district appropriately situated to hear the claim.  Accordingly, it is this 26th day of June

2006,

　　　　ORDERED that defendant's motion to transfer [Doc. No. 11] is **GRANTED**; and it is

　　　　**FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1404(a), this case is

**TRANSFERRED** to the United States District Court for the Eastern District of California.


　　　　　　　　　　　_____s/s_____
　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　United States District Judge